### 20306. WYNN *v.* BENNETT.

LUKE, J. Upon the petition for certiorari and the answer thereto the judge of the superior court properly overruled and denied the writ of certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 15, 1930.

*Orin J. Bundy, J. L. R. Boyd,* for plaintiff in error.